IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00167-LTB-BNB

RIGOBERTO SALINAS,

Plaintiff,

v.

H.A. RIOS, Warden, FCI/FPC Florence,
B. SERRANO-CLOWERS, M.D., Staff Physician, U.S. Bureau of Prisons,
HARLEY LAPPIN, National Director, Federal Bureau of Prisons,
G.L. HERSHBERGER, Regional Direcvtor, Federal B.O.P.,
E.J. GALLAGOS, Warden, USP Leavenworth,
D. THARP, M.D. FCI/FPC Florence, Clinical Director,
R. SPADA, M.S., Regional Director, Federal B.O.P.,
M. AZUMAH, P.A., FCI/FPC Florence, and
C. LAMB, Medical Administrator, FCI/FPC Florence,

Defendants.
_____

**ORDER**
_____

This matter is before me on plaintiff Rigoberto Salinas's letter, filed April 29, 2005, wherein he requests a physical examination. By separate recommendation, I have recommended that this action be dismissed without prejudice based on the plaintiff's failure to exhaust his administrative remedies. Accordingly,

IT IS ORDERED that the plaintiff's request is DENIED.

Dated January 11, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge