**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00167-LTB-BNB

RIGOBERTO SALINAS,
   Plaintiff,

v.

H.A. RIOS, Warden, FCI/FPC Florence,
B. SERRANO-CLOWERS, M.D., Staff Physician, U.S. Bureau of Prisons,
HARLEY LAPPIN, National Director, Federal Bureau of Prisons,
G.L. HERSHBERGER, Regional Director, Federal B.O.P.
E.J. GALLEGOS, Warden, USP Leavenworth,
D. THARP, M.D., FCI/FPC Florence, Clinical Director,
D. SPADA, M.S., Regional Director, Federal B.O.P.
M. AZUMAH, P.A., FCI/FPC Florence, and
C. LAMB, Medical Administrator, FCI/FPC Florence,
   Defendants.

_____

**ORDER**
_____


   This case is before me on the recommendation of Magistrate Judge Boyd N. Boland

issued and served on January 11, 2006.   Plaintiff has failed to file specific written

objections to the Magistrate Judge's recommendation and is therefore barred from *de novo*

review.   Accordingly, it is

   ORDERED that this action is DISMISSED.

          BY THE COURT:


           s/Lewis T. Babcock   
          Lewis T. Babcock, Chief Judge

DATED: February 3, 2006